### FINDING AS TO CLAIM FOR WIDOW'S ALLOWANCE.

Common Pleas Court of Hamilton County.

IN THE MATTER OF THE ESTATE OF WILLIAM W. SCOTT, DECEASED.

Decided, April, 1909.

*Widow—Finding as to Whether Claimant was Legal Wife Appealable—Proper Method of Raising the Question—Section 6024.*

The question whether the person claiming to be the widow of a decedent is in fact his widow, and therefore entitled to an allowance from his estate for her first year's support, should be raised by exception to the inventory, and the finding of the probate court with reference thereto is appealable to the court of common pleas.

*W. A. Hicks and George W. Cormany*, for the motion.
*Louis J. Hoppe*, contra.

HUNT, J.

The setting aside of an allowance to the widow for first year's support is a part of the duty of the appraisers in making the inventory of the estate, and while an increase or decrease in such allowance is specially provided for by statute, the determination of the question as to whether the person claiming to be the widow is in fact the widow to which such allowance should have been made, can be raised upon an exception to the inventory, and the finding of the probate court upon such exception is appealable to the court of common pleas under Section 6024, Revised Statutes.

The motion to dismiss the appeal is therefore overruled.